**Order entered August 18, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00411-CV

### TONYA PARKS, Appellant

### V.

### AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL AND KATHERINE CAMPBELL, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01614-B**

### ORDER

By postcard dated July 9, 2021, we directed Robin Washington, Official Court Reporter for County Court at Law No. 2, to file the reporter's record, written verification no record existed, or written verification appellant had not requested the record. Although Ms. Washington was directed to respond within thirty days, to date she has not responded. Accordingly, we **ORDER** Ms. Washington to file either the reporter's record or the requested written verification no later than

September 3, 2021.  As the clerk's record reflects appellant filed in the trial court a statement of inability to afford costs and nothing reflects the trial court has ordered appellant to pay costs, any record shall be filed without payment of costs.  *See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE